(April 27, 1990)

■ Solomon Zeichner, Appellant, v Board of Elections of the City of New York et al., Respondents.—Judgment, Supreme Court, Bronx County (Lewis R. Friedman, J.), entered on April 25, 1990, unanimously affirmed, without costs or disbursements for the reasons stated by Friedman, J. Concur —Kupferman, J. P., Ellerin, Wallach and Smith, JJ.